LAW OFFICES OF YAN E. SHRAYBERMAN
YAN E. SHRAYBERMAN (CA State Bar #253971)
P.O. Box 506
Fresno, California 93709
Telephone: (559) 779-2315
Facsimile: (213) 442-1567

Attorney for Defendant
FILIBERTO CHAVEZ

UNITED STATES DISTRICT COURT,

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FILIBERTO CHAVEZ<br><br>Defendant. | Court Case#:1:17-cr-00198-LJO<br><br>**ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |

**Robert Lockhart #2243488**, a necessary and material witness in the Trial in this case on **May 7, 2019, at 8:30 a.m.**, is confined at 17695 Industrial Farm Road, Bakersfield, CA 93308, in the custody of the Sherriff of Kern County, California. In order to secure this inmate's attendance at these proceedings, it is necessary that a Writ of Habeas Corpus ad Testificandum issue, commanding the custodian to produce the inmate **before Honorable Lawrence J. O'Neil, United States District Court, Eastern District of California, 2500 Tulare Street, Courtroom No. 4, Fresno, CA 93721, on May 7, 2019, at 8:30 a.m.**

**ACCORDINGLY, IT IS HEREBY ORDERED** that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Sheriff of Kern County to produce the inmate named above

LAW OFFICES OF YAN E. SHRAYBERMAN
2131 Kern Street, Suite 131
Fresno, CALIFORNIA 91724
Telephone: (213)379-2315
Facsimile: (213) 352 -1010

to testify as a witness in a Trial in the United States District Court, at the time and place noted above, and from day to day until completion of the court proceedings or as ordered by the court; and thereafter to return the inmate to Lerdo Pre-Trial Facility;

2. The United States Marshal shall serve this Writ on the Sheriff of Kern County, or his designee, shall transport Robert Lockhart to Fresno, California to testify and shall return him upon conclusion of the case, or when he is released as a witness.

3. The custodian is ordered to notify the court of any change in custody of this inmate, and is ordered to provide the new custodian with a copy of this writ; and

4. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas ad testificandum on the Litigation Coordinator of Lerdo Pre-Trial Facility, Kern County, California

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Sheriff of Kern County**, California, Lerdo Pre-Trial Facility, 17695 Industrial Farm Road, Bakersfield, CA 93308:

WE COMMAND you to produce the inmate named above to testify as a witness before the United States District Court, at the time and place noted above.

FURTHER, you are ordered to notify the court of any change in custody of the inmate and to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: **April 29, 2019**            /s/ Lawrence J. O'Neill
                                     UNITED STATES CHIEF DISTRICT JUDGE