# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:17-cr-00198-LJO |
| Plaintiff, | ORDER RE JURY INSTRUCTION DISPUTE |
| v. | |
| FILIBERT CHAVEZ, | |
| Defendant. | |

The request of Defendant Filibert Chavez for a jury instruction on "Mere Presence" to be given, ECF No. 410, is DENIED without prejudice. Should the evidence differ from that represented by the Government, ECF No. 418, the Defendant may re-request the instruction. Based on the argument as provided, there is no basis to give it.

IT IS SO ORDERED.

Dated: **May 3, 2019**        /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE