| | |
|---|---|
| 1 | LAW OFFICES OF YAN E. SHRAYBERMAN |
| 2 | YAN E. SHRAYBERMAN SBN 253971 |
| | P.O. Box 506 |
| 3 | Fresno, California 93709 |
| | Telephone: (559) 779-2315 |
| 4 | Facsimile: (213) 442-1567 |

Attorney for Defendant
FILIBERT CHAVEZ

UNITED STATES DISTRICT COURT,

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Court Case: 1:17-cr-00198-LJO |
| Plaintiff, | |
| v. | JOINT STIPULATION AND ORDER CONTINUING SENTENCING |
| FILIBERT CHAVEZ | |
| Defendant. | |

NOW COMES the Defendant, through counsel, and respectfully moves this Honorable Court to issue an Order continuing sentencing in the matter from **August 5, 2019** to **September 30, 2019**

Reasons for Continuance. The undersigned counsel is currently engaged in a 5-count felony matter in the Fresno Superior Court, Case No.: F13900176 , People v Mike Yang. The case is currently past motions *in limini* and jury selection and evidence is set to start on Monday July 29, 2019. Given the number of witnesses it is unlikely that the case will conclude by August, 5, 2019, the date for sentencing in the instant matter.

The parties are informed of the above stated and willing to stipulate to the requested dates.

Now, therefore, **IT IS HEREBY STIPULATED** by all the parties to this action as follows:

1. That the sentencing in the above entitled case currently set for **August 5, 2019** be continued to **September 30, 2019.**

**SO STIPULATED.**

Dated: July 27, 2019 /s/ Yan E. Shrayberman
YAN E. SHRAYBERMAN
Attorney for Defendant
FILIBERTO CHAVEZ

Dated: July 27, 2019 /s/ Kimberly Sanchez
KIMBERLY SANCHEZ
Assistant United States Attorney

ORDER

Based on the Joint Stipulation of the parties and good cause appearing therefor, the sentencing in the above entitled case currently set for August 5, 2019 at 10:00 am is hereby continued to September 30, 2019 at 10:00 am.

IT IS SO ORDERED.

Dated: **July 29, 2019** /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE