# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff-Respondent,<br><br>                  v.<br><br>FILIBERTO CHAVEZ,<br><br>                  Defendant-Petitioner. | CASE NO. 1:17-CR-00198-JLT-SKO<br><br>ORDER ON UNITED STATES' MOTION FOR ORDER FINDING WAIVER OF PETITIONER'S ATTORNEY-CLIENT PRIVILEGE<br><br>(Doc. 752) |

       Good cause appearing, the United States' motion for limited waiver of Filiberto Chavez's attorney-client privilege (Doc. 752), is **GRANTED** with modifications as follows:

       (1)     The attorney-client privilege of Defendant Chavez is waived with respect to all communications between Chavez and his former attorney Yan Shrayberman concerning events and facts related to the ineffective assistance of counsel claims that Chavez raises in his § 2255 motion (Doc. 722).

       (2)     Attorney Yan Shrayberman, and his staff and agents if relevant, may disclose to the government communications with Chavez related to the ineffective assistance of counsel claims Chavez raises in his § 2255 motion.

       (3)     Mr. Shrayberman may provide the government with a declaration addressing attorney-client communications related to the ineffective assistance of counsel claims raised in Chavez's § 2255

motion. Mr. Shrayberman may communicate and coordinate with government counsel to ensure that all issues are adequately addressed in the declaration.

(4) The government shall not use or disclose the privileged material it obtains in this habeas action for any purpose or to any party or in any proceeding beyond this action.

ALTERNATIVELY, the Court orders that if the finding of waiver changes the Defendant's decision on whether to proceed with his amended § 2255 motion, he must notify this Court within 14 days of the date of this Order by withdrawing his allegations concerning ineffective assistance of counsel in his motion. Failure to do that confirms the alternative portion of this Order finding waiver.

The United States shall file a response to Defendant's § 2255 motion within 45 days of the date of this order. Defendant may file a reply within 30 days of the filing of the opposition.

IT IS SO ORDERED.

Dated:   **May 28, 2024**

*/s/ Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE