UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>FILIBERTO CHAVEZ,<br><br>      Defendant. | CASE NO.  1:17-CR-00198-JLT-SKO<br><br>[~~PROPOSED~~] ORDER ON THE GOVERNMENT'S MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE UNDER 28 U.S.C. §2255 |

The Court considered the government's motion to extend time to file a response to the Defendant's Motion to Vacate, Set Aside, or Correct Sentence Under 28 U.S.C. §2255, and ORDERS that the government may file a response to the Defendant's Motion to Vacate, Set Aside, or Correct Sentence Under 28 U.S.C. §2255 on or before July 29, 2024.  The Court further ORDERS that the Defendant may file an optional reply, if any, on or before September 12, 2024.

IT IS SO ORDERED.

 Dated:  __July 11, 2024__              _/s/ Jennifer L. Thurston_
                                 UNITED STATES DISTRICT JUDGE