IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>FILIBERTO CHAVEZ,<br><br>  Defendant. | CASE NO.  1:17-CR-00198-JLT-SKO<br><br>[~~PROPOSED~~] ORDER ON THE GOVERNMENT'S MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE UNDER 28 U.S.C. §2255 |

The Court considered the government's motion to extend time to file a response to the Defendant's Motion to Vacate, Set Aside, or Correct Sentence Under 28 U.S.C. §2255, and ORDERS that the government may file a response to the Defendant's Motion to Vacate, Set Aside, or Correct Sentence Under 28 U.S.C. §2255 on or before August 13, 2024.  The Court further ORDERS that the Defendant may file an optional reply, if any, on or before September 27, 2024.

IT IS SO ORDERED.

Dated:   **July 30, 2024**

_____
UNITED STATES DISTRICT JUDGE

ORDER

1