UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>FILIBERTO CHAVEZ,<br>Defendant. | Case No. 1:17-cr-00198-JLT-SAB-2<br>ORDER REGARDING THE GOVERNMENT'S REDACTED OPPOSITION TO § 2255 MOTION<br>(**<u>21-Day Deadline</u>**) |

Filiberto Chavez is a federal prisoner proceeding *pro se* on a 28 U.S.C. § 2255 motion filed on October 4, 2023 and amended on December 13, 2023, seeking to vacate, set aside, or correct his sentence on grounds that trial counsel, Yan Shrayberman, was ineffective during pretrial (Ground One), trial (Ground Two), and sentencing (Ground Three). (Docs. 701, 722). The government filed its opposition on August 14, 2024. (Doc. 764). Chavez filed his reply on January 15, 2025. (Doc. 770).

A review of the record reflects the government's opposition, though captioned "under seal," was filed on the public record. (Doc. 764). The opposition is redacted in relation to the habeas declaration of Shrayberman (Doc. 764; *see also* Doc. 756 [Order Finding Limited Waiver of Attorney-Client Privilege]), and the declaration of Shrayberman, referred to by the government as Exhibit 1 to the opposition, is not attached. (*See* Doc. 764 at 13, and Exhibits thereto).

The Court notes that the government has not provided an unredacted copy of he opposition or

the declaration. It appears that Chavez replied to the redacted opposition. (*See* Doc. 770). Therefore, the Court **ORDERS**:

1. **No later than 7 days** following service of this order, the government **SHALL** file **under seal** an unredacted opposition and unredacted declaration of attorney Shrayberman. These documents **SHALL** be forwarded to ApprovedSealed@caed.uscourts.gov. These documents will be sealed pending the Court's determination of the motion. In the order, the parties will be required to respond to explain whether and why they should remain sealed.

2. **Within this same 7-day period**, the government **SHALL** also serve a copy of the unredacted documents to the petitioner. **Within 30 days after the filing/service** of the unredacted documents, Mr. Chavez may file an amended reply.

IT IS SO ORDERED.

Dated: _July 30, 2026_

UNITED STATES DISTRICT JUDGE